SADA NICOLE LONGINO
51 NORTHTOWN DR
APT 13H
JACKSON, MS 39211

CFNA
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND, OH 44181

MALIK LONGINO
77 HOOKER WATTS LN
PRENTISS, MS 39474

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

COMENITY BANK
PO BOX 182125
COLUMBUS, OH 43218

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

ADVANCE AMERICA
135 N. CHURCH ST.
SPARTANBURG, SC 29306

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

MONEYLION, INC
ATTN:  BANKRUPTCY DEPT
P.O. BOX 1547
SANDY, UT 84091

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

DEFERIT INC
ATTN: BANKRUPTCYLEGAL
PO BOX 3511
NEW YORK, NY 10008

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY ST STE 3500
FORT WORTH, TX 76102

NAVY FEDERAL
PO BOX 3500
MERRIFIELD, VA 22119

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-05

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

PATRICIA LONGINO
77 HOOKER WATTS LN
PRENTISS, MS 39474

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK
RICHMAN, VA 23238

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

REGIONS BANK
PO BOX 10063
BIRMINGHAM, AL 35202-0063

```
SPEEDY CASH
15 BULL STREET, SUITE
SAVANNAH, GA 31401

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 96506
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TILT
ATTN: BANKRUPTCY
9169 W STATE ST
GARDEN CITY, ID 83714

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232
```