United States Bankruptcy Court

Southern District of Mississippi

In re:

Sada Nicole Longino

    Debtor

Case No. 26-01008-JAW

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2026 | Form ID: 318 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sada Nicole Longino, 51 Northtown Dr, Apt 13H, Jackson, MS 39211-3614 |
| 5650534 | + | Malik Longino, 77 Hooker Watts Ln, Prentiss, MS 39474-5180 |
| 5650540 | + | Patricia Longino, 77 Hooker Watts Ln, Prentiss, MS 39474-5180 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5650518 | + | Email/Text: bnc@teampurpose.com | Jul 22 2026 19:56:00 | Advance America, 135 N. Church St., Spartanburg, SC 29306-9901 |
| 5650519 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 22 2026 20:09:36 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5650520 | ^ | MEBN | Jul 22 2026 19:52:48 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5650523 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 22 2026 19:56:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek, Richman, VA 23238 |
| 5650525 | + | EDI: CRFRSTNA.COM | Jul 22 2026 23:52:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5650521 | + | EDI: CAPITALONE.COM | Jul 22 2026 23:52:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5650522 | | EDI: CAPITALONE.COM | Jul 22 2026 23:52:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5650524 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 22 2026 19:56:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5650526 | + | EDI: WFNNB.COM | Jul 22 2026 23:52:00 | Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 5650527 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 22 2026 19:56:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5650528 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2026 20:09:36 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5650529 | | Email/Text: backoffice.us@deferit.com | Jul 22 2026 19:56:00 | Deferit Inc, Attn: BankruptcyLegal, Po Box 3511, New York, NY 10008 |
| 5650530 | + | EDI: PHINAMERI.COM | Jul 22 2026 23:52:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 5650531 | + | EDI: JEFFERSONCAP.COM | Jul 22 2026 23:52:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5651918 | ^ | MEBN | Jul 22 2026 19:53:11 | Joseph Todd McDaniel, For First Tower Loan, LLC, d/b/a, Tower Loan of Prentiss, PO Box |

District/off: 0538-3        User: admin        Page 2 of 3

Date Rcvd: Jul 22, 2026        Form ID: 318        Total Noticed: 32

| Recip ID | | Notice Type | Time Sent | Name and Address |
|---|---|---|---|---|
| | | | | 320001, Flowood, MS 39232-0001 |
| 5650532 | | Email/Text: customerservice.us@klarna.com | Jul 22 2026 19:56:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5650533 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 20:09:36 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5650536 | | Email/Text: EBN@Mohela.com | Jul 22 2026 19:56:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5650538 | | EDI: MSDOR | Jul 22 2026 23:52:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5650535 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2026 19:56:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5650537 | + | Email/Text: bankruptcy@moneylion.com | Jul 22 2026 19:56:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5650539 | + | EDI: NFCU.COM | Jul 22 2026 23:52:00 | Navy Federal, PO Box 3500, Merrifield, VA 22119-3500 |
| 5650541 | | Email/Text: bankruptcy@possiblefinance.com | Jul 22 2026 19:56:00 | Possible Finance, Po Box 98686, Las Vegas, NV 89193 |
| 5650542 | | Email/Text: newbk@Regions.com | Jul 22 2026 19:56:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5650543 | + | Email/Text: bkinfo@ccfi.com | Jul 22 2026 19:56:00 | Speedy Cash, 15 Bull Street, Suite, Savannah, GA 31401-2685 |
| 5650544 | + | EDI: SYNC | Jul 22 2026 23:52:00 | Synchrony, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 5650545 | + | EDI: SYNC | Jul 22 2026 23:52:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5650547 | | Email/Text: bankruptcycourt@towerloan.com | Jul 22 2026 19:56:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5650546 | + | Email/Text: operations@tilt.com | Jul 22 2026 19:56:00 | Tilt, Attn: Bankruptcy, 9169 W State St, Garden City, ID 83714-1733 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID     Bypass Reason    Name and Address**
cr                           First Tower Loan, LLC, d/b/a Tower Loan of Prenti

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026          Signature:      /s/Gustava Winters

District/off: 0538-3                  User: admin                          Page 3 of 3
Date Rcvd: Jul 22, 2026               Form ID: 318                    Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan  LLC, d/b/a Tower Loan of Prentiss jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sada Nicole Longino trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

<table>
<tr><td colspan="2"><strong><em>Information to identify the case:</em></strong></td><td></td></tr>
<tr><td>Debtor 1</td><td><strong>Sada Nicole Longino</strong></td><td>Social Security number or ITIN   <strong>xxx–xx–4774</strong></td></tr>
<tr><td></td><td>First Name   Middle Name   Last Name</td><td>EIN   _ _–_ _ _ _ _ _ _</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name   Middle Name   Last Name</td><td>Social Security number or ITIN   _ _ _ _<br><br>EIN   _ _–_ _ _ _ _ _ _</td></tr>
<tr><td colspan="3">United States Bankruptcy Court for the <strong>Southern District of Mississippi</strong></td></tr>
<tr><td colspan="3">Case number:   <strong>26–01008–JAW</strong></td></tr>
</table>

# Order of Discharge

<span style="float:right">12/15</span>

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Sada Nicole Longino**
aka Sada Longino

Dated: 7/22/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**